IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY THOMAS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | No. 12-3250 |
| Defendant. | : | |

## JUDGMENT AND ORDER

**AND NOW**, this **30th** day of **September**, **2013**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, and Defendant's reply thereon, and for the reasons provided in this Court's Memorandum dated September 30, 2013, it is hereby **ORDERED** that:

1. The motion (Document No. 15) is **GRANTED.**

2. Judgment is entered in favor of Defendant and against Plaintiff on all claims.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Berle M. Schiller

Berle M. Schiller, J.